# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Daniel Jose Garcia

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

Officer Stinger Shield #827
From N.Y.P.D 115 Precient. QNYC

## COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes  ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

[x] Violation of my federal constitutional rights

[ ] Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Daniel / Jose / Garcia
First Name / Middle Initial / Last Name

Daniel Fernandez Almighty
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

BF. 441230840I   CR. 029976-23QN
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

OTIS BATUM (OBCC) 1600 Hazen St.
Current Place of Detention

Queens East Elmhurst
Institutional Address

Queens County NYC / NY / 11370
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

[x] Pretrial detainee
[ ] Civilly committed detainee
[ ] Immigration detainee
[ ] Convicted and sentenced prisoner
[x] Other: Unwanting Dismissal on others' cases

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: N/A (Male)  Singer   827  [illegible]
First Name   Last Name   Shield #

NYPD  115 Prevent Officer
Current Job Title (or other identifying information)

92 Street Northern Boulevard
Current Work Address

Queens NYC   NY   11372
County, City   State   Zip Code

Defendant 2: Hindu  Lady with Officer  (N/A)
First Name   Last Name   Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City   State   Zip Code

Defendant 3: Persuim   14111
First Name   Last Name   Shield #

Officer   (N/A)
Current Job Title (or other identifying information)

Current Work Address

County, City   State   Zip Code

Defendant 4:
First Name   Last Name   Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City   State   Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 94 Street After 34 Avenue going to 35 Ave

Date(s) of occurrence: Oct 12, 2023 app 8:48 am

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On App 8:48 am on Oct, 12, 23 Officer Singer Shield # 827 Assaulted by Kennedy without proper interrogation or questioning by opening the Van door on the corner of 94St of Queens 35 Ave Jackson Heights and wrestling with me by me holding afraid for my Life, when I was hidding on the wheel of the sterring and feet outside cause I didn't do nothing, and the officer suspended Excessive force by pulling my hair on my head and Slamming my head at the same time pulling on mashing my nose on the wheel of the sterring inside the van, jamming my nose and possibly injurying it. Because I never felt a bump on the middle upper near my nose. I had a prefer not to get Arrest with rights being read. He harm my nose and possibly broke it, and put cuffs tight on me twice, on Van, and the booking Queens on Oct 14 23 for app 4 hours on my back on the holding pin.

There was a Hindi Indian short lady officer there as well trying to Harras me as well out the Van of it.

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Pain Medication Tyronel (Acep.) Oct 18-23 Also X-ray West Facility Prison Oct 25-23 For Nose &

### VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I want 30 million Dollars, The officer 827 Singer to be apprenite for misconduct of official abuse of a citizen of USA. By Relieving of his Badge as well never gein perry Arrested, or Arrest and S or Arresting Plus order protection from Mr Sing of 827

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 10-25-2023
Plaintiff's Signature: [signature]

First Name: Daniel
Middle Initial: J.
Last Name: Garcia

Prison Address: 1600 Hazen St, OBCC

County, City: Queens, NYC
State: NY
Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 10/25/23

